**Order filed September 11, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00583-CV
_____

**ALPER KARAALI, Appellant**

**V.**

**PETROLEUM WHOLESALE, L.P., Appellee**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-44275**

## ORDER

On July 18, 2014, appellant filed a notice of appeal from a final judgment signed April 5, 2014. In response to this court's notice, appellant has also filed a motion to extend time to file his notice of appeal. Appellant filed a pauper's affidavit in the trial court with his notice of appeal. On August 1, 2014, appellant also filed an affidavit of inability to pay costs in this court. On August 4, 2014, appellant supplemented his request for a waiver of costs and fees with a copy of his 2013 joint tax return, his wife's W-2 form, and a premarital agreement stating each

party's income is separate property.

The record has not been filed in this appeal, and both the district clerk's office and the court reporters have stated appellant has not paid for preparation of the record. On August 27, 2014, one of the court reporters on this case notified this court that appellant's request to proceed as a pauper was denied by the trial court on August 18, 2014. On August 28, 2014, appellant notified this court that at the hearing on the contest to appellant's claim of indigence, the county's counsel argued that appellant was underemployed. Appellant stated that the court gave the county time to produce case law supporting its position, and that he is still waiting on the trial court's decision.

Therefore, it is unclear whether the trial court has ruled on appellant's indigence claim. Accordingly, we issue the following order:

We order the Harris County District Clerk to file a partial clerk's record with the clerk of this court on or before **September 26, 2014.** In order that this court may ascertain its jurisdiction over the appeal and appellant's indigence claim, the **partial clerk's record** shall contain **(1)** the judgment being appealed; **(2)** any motion for new trial, other post-judgment motion, or request for findings of fact and conclusions of law; **(3)** the notice of appeal **(4)** appellant's affidavit of indigence; **(5)** the contest(s) to the affidavit of indigence, if any; **(6)** the trial court's order ruling on any contest; **(7)** any other documents pertaining to the claim of indigence and the contest(s) thereto.

If any of the requested documents are not a part of the case file, the district clerk's office is directed to file a certified statement that the document is not part of the case file.

PER CURIAM